Richard L. Mahfouz II
Illinois Northern District # 6325350
**CLERKIN, SINCLAIR & MAHFOUZ, LLP**
3333 Camino Del Rio South, Suite 120
San Diego, CA 92108
T: (619)308-6550 | IL.efiling@clerkinlaw.com
*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

Case No. ____________________

TORT: PROPERTY DAMAGE-MOTOR VEHICLE

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their attorneys, CLERKIN, SINCLAIR & MAHFOUZ, LLP, complaining against Defendant UNITED STATES OF AMERICA, alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action against the UNITED STATES OF AMERICA brought pursuant to the Federal Tort Claims Act, 28 USC §2671 et seq. Jurisdiction is proper pursuant to 28 U.S.C. §1346.

2. Venue of this action is based on 28 U.S.C. §1402. All or part of the acts or omissions giving rise to Plaintiff's claims occurred in this judicial district. The accident, as discussed below, occurred in this judicial district.

## PARTIES

3. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ('Plaintiff') is, and was, an Illinois corporation, authorized to transact business in the State of Illinois. Plaintiff is, and was, authorized to transact business in the State of Illinois as an insurer.

4. At all relevant times herein referenced, Fabian Soto, was an individual, residing in the County of Cook, State of Illinois, insured by Plaintiff, and the driver of the vehicle that is the subject of this matter.

5. Defendant UNITED STATES OF AMERICA exists under and by virtue of its own laws, has waived sovereign immunity, and is subject to liability for the torts alleged herein pursuant to 28 U.S.C. §2674.

## GENERAL ALLEGATIONS

6. Upon information and belief, on or about January 15, 2025, Defendant UNITED STATES OF AMERICA, through its agency the United States Postal Service and employee was traveling in the parking lot of IBEW at 6201 W. 115th Street, Alsip, Cook County, Illinois. An employee of the UNITED STATES OF AMERICA, Christafae Robinson, who at all times herein was acting within her scope of employment or agency with the United States Postal Service, was backing up and then stopped in the same lane as Insured. Insured was passing the United States Postal Service vehicle on the passenger's side and while finishing the turn United States Postal Service vehicle collided with the vehicle driven by the Insured.

7. Upon information and belief, the people responsible for the safety of the driving of the Defendant's vehicle, were all employees and/or agents of the UNITED STATES OF AMERICA, and/or the United States Postal Service, and acting within their scope of their employment or agency.

8. At all relevant times herein referenced, Insured is, and was insured against loss and/or damages by Plaintiff under a policy of insurance ("Insurance"), issued by Plaintiff to Insured as the named insured.

9. Said insured complied with all terms and conditions of said policy and by agreement with Plaintiff filed proof of loss specifying the loss caused by said incident to be in the sums as set out below, and said sums were paid by Plaintiff to or for the benefit of Insured at the request of Insured.

## I.

## CAUSE OF ACTION:

### Negligence

10. Plaintiff alleges and incorporates by reference paragraphs 1 through 9 of this Complaint as if set forth in full herein.

11. The damage to the Insured's vehicle was caused by the negligent, careless, and wrongful acts and/or omissions to act of the UNITED STATES OF AMERICA, through its agents, servants, and employees, acting within the scope of their agency/employment.

12. Among other things, The UNITED STATES OF AMERICA negligently and or carelessly failed to exercise reasonable care, including but not limited to one or more of the following ways:

(a) In causing its vehicle to collide with the Insured's vehicle;

(b) In failing to exercise due care towards motorists/vehicles using the IBEW parking lot, including the Insured's vehicle;

(c) In failing to not hit the Insured's vehicle as described above;

(d) In failing to properly supervise the agents/employees of the UNITED STATES OF AMERICA and/or the United States Postal Service, involved in the vehicle driving activities, namely CHRISTAFAE ROBINSON.

13. As a direct and proximate result of the negligence, in one or more ways as described above, of the Defendant, and the damages caused by the Defendant, for the collision of the Insured's vehicle by the United States Postal Service vehicle, and after receiving proof of loss, Plaintiff under its policy, paid to or on behalf of its Insured and the driver and/or passengers in the vehicle the sum of $3,504.55 and became subrogated to that amount.

## II. DAMAGES

14. On or about February 17, 2025, Plaintiff made a claim for damages, for and in the amount of damages as described above, against UNITED STATES OF AMERICA and/or the United States Postal Service. Despite this, UNITED STATES OF AMERICA refuses to respond to pay said amount of damages, therefore, the claim for damages remains unresolved.

15. Therefore, Plaintiff is entitled to its right of subrogation to recover said sums, $3,504.55.

16. Despite demand from Plaintiff, Defendant has failed and refused through non-response, and continues to fail and refuse, through non-response, to pay this sum, in whole or in part thereof.

**III. CLAIM FOR RELIEF**

WHEREFORE, Plaintiff prays judgment as against Defendants, and each of them, as follows:

1. For the sum of $3,504.55.
2. For costs of suit incurred herein; and
3. For such other and further relief as the court may deem just and proper.

DATED: October 6, 2026

**CLERKIN, SINCLAIR & MAHFOUZ, LLP**

_S/RICHARD L. MAHFOUZ, II__________________
Richard L. Mahfouz II
Illinois Northern District # 6325350
3333 Camino Del Rio S, Ste. 120
San Diego, CA 92108
P: (619) 308-6550; F: (619) 923-3143
Il.efiling@clerkinlaw.com
*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*